## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | |
| X 0501922 | SSgt Sherwood | 8135 | X 0501922 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05/15/2006 1420 | Of Title 11 Section 840 Shoplifting |

Place of Offense: 266 Arnold DR Dover AFB

Offense Description: Shoplifting

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Langston | Charlotte | H |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Salisbury | MD | 21801 | [REDACTED] |

| Driver's License No | D.L State | Social Security No |
|---|---|---|
| | | |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BK | Eyes BL | Height 5'4" | Weight 140 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

**PAY THIS AMOUNT →**

- $ Forfeiture Amount
- + $25 Processing Fee
- $ Total Collateral Due

**YOUR COURT DATE**

(if no court appearance date is shown, you will be notified of your appearance date by mail)

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|

Court Address:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Charlotte H. Langston*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 May, 2006 while exercising my duties as a law enforcement officer in the ____ District of Delaware.

Your Affiant, while conducting routine patrols, received a call stating that a theft had occurred at the Main Exchange at Dover AFB. Upon arrival on scene I made contact with SrA Burgess (Store Detective) and reviewed the security camera tape where we viewed Ms. Langston placing Greeting Cards in her purse. Ms Burgess informed me that when she approached Ms Langston's purse he found the following items:

- 2 Alex Vera Lip Balm
- 1 Revlon Powder Blush
- 2 Revlon ColorStay lip liner
- 1 CG Superlacious lipstick
- 1 Passport Rose High Stick Lipstick
- 6 Greeting Cards

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/15/2006   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVR Scan 9/18/2006 11:48:02